**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

```
SHARI A. HARRIS,                )
                                )
                Plaintiff,      )
                                )
        v.                      )       No. 05-234-FHS
                                )
MICHAEL J. ASTURE,              )
Commissioner Social Security    )
Administration,                 )
                                )
                Defendant.      )
```

## ORDER

On August 15, 2007, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. On August 27, 2007, the plaintiff filed an objection to those findings.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained**. As a result, Plaintiff's exceptions or objections to those Findings and Recommendations are without merit and are **denied**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 16th day of October, 2007.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma